No. 96–9067.  BAIR v. BROWN, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 96–9069.  SIMON v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 96–9092.  THOMAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–9094.  SCHWARZ v. MERIT SYSTEMS PROTECTION BOARD.  C. A. Fed. Cir.  Certiorari denied.

No. 96–9103.  DORLOUIS ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 96–9114.  LAUTI v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 96–9122.  ARROYO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 96–9127.  RUSSELL v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 96–9128.  SCHWEITZER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–9130.  MARTINEZ v. SLATER, SECRETARY OF TRANSPORTATION.  C. A. 10th Cir.  Certiorari denied.

No. 96–9132.  ISENBERG v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–9133.  RIES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–9134.  OLIVARES-SEVILLA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–9137.  BANNISTER v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.